UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

DONNA JEANNE YOUNG                         CASE #: 10-bk-10427-KSJ

                                           Chapter 13

    Debtor
_____/

**DEBTOR'S VERIFIED MOTION TO STRIP LIEN OF BANK OF AMERICA, NA**

> **NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**
>
> Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within thirty (30) days from the date of service of this paper. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 135 West Central Blvd., Suite 950, Orlando, FL 32801, and serve a copy on the Debtor's attorney, Lewis Roberts, Lewis Roberts, PA, 785 W Granada Blvd #5, Ormond Beach, FL 32174.
>
> If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

COMES NOW, the Debtor, by and through his undersigned attorney, and moves this Honorable Court to strip the junior mortgage of BANK OF AMERICA, NA (BOA) and states as follows:

1. BOA is the holder of a second mortgage, in the amount of $46,515.00, on 161 Summerhill Court, Ormond Beach, FL 32174, recorded in the Volusia County Records in OR Book 5898, Page 1717, recorded on August 21, 2006. The property is more particularly described as follows:

   > Lot 161, of Tymber Creek, Phase 2, as recorded in Plat Book 35, Page 116 to 126,
   > et seq, of the Public Records of Volusia County, Florida.

2. This property is subject to the first mortgage of Beneficial Florida Inc. in the amount of $154,428.00, recorded in OR Book 5236, Page 2365.

3. The property has a high fair market value of $142,500.00, as reflected in the real estate market analysis, dated June 16, 2010, a copy being attached incorporated herein by reference as Exhibit "A".

4. Accordingly, the above creditor's mortgage lien is:
   a. Wholly unsecured and has no value as a secured claim in as much as the value of the said property is less than the claim amount of the first mortgage holder.
   b. Is subject to "stripping off" in accordance with *In re Tanner*, 217 F.3rd 1357 (11 Cir. 2000.)

WHEREFORE, Debtor moves this court to:
   a. Value creditor's claim in accordance with Bankruptcy Code Section 506(a).
   b. Disallow the above junior creditor a secured claim in as much as the above property has no equity in excess of the allowed secured claim of the above referenced first second mortgage holder.
   c. Provide for the "stripping off" of the above creditor's mortgage lien upon the completion of payments under this Chapter 13 plan.
   d. Grant such other relief that the Court deems is just and proper.

## DECLARATION OF DEBTOR

I, Donna Jeanne Young, do hereby declare under penalty of perjury, that I have read the proceeding Motion and that it is true and correct to the best of my knowledge, understanding, and belief.

Date: June 16, 2010                    _Donna Jeanne Young_
                                        Donna Jeanne Young

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by US First Class Mail, postage prepaid, or electronic filing, this June 16, 2010 to:

Trustee, Laurie K. Weatherford, PO Box 3450, Winter Park, FL 32790-3450

**By certified mail, return receipt, to:**

Creditor, Bank of America, National Association, c/o Brian Moynihan, CEO, 101 S Tryon Street, Charlotte, NC 28280

/s/ *Lewis Roberts*
Lewis Roberts
FL Bar #98190
Lewis Roberts, PA
785 W Granada Blvd #5
Ormond Beach, FL 32174
(386) 677-9450
lewis@lrlawoffice.com

Map

US  Florida  Ormond Beach                              Views: 4

**Get mortgage quotes anonymously** on Zillow Mortgage Marketplace.

No photos available for this property
## 161 Summerhill Ct
## # RT2

,

## Zestimate®: $142,500

Value Range: $84K – $145K

Monthly payment:

## $584
Check your 2010 Credit Score

| Property type: | Single Family |
|---|---|
| Bedrooms: | 3 |
| Bathrooms: | 1.5 |
| Sqft: | 1,548 |
| Lot size: | 6,000 sq ft / 0.14 acres |
| Year built: | 1981 |
| Parking type: | Garage - Attached |
| Cooling system: | -- |
| Heating system: | Forced air |
| Fireplace: | Yes |
| Last sold: | December 01 1981 |
| MLS number: | |

**Description**
This 1548 square foot single family home has 3 bedrooms and 1.5 bathrooms. It is located at 161 Summerhill Ct Ormond Beach, Florida. The nearest schools are Pine Trail Elementary School, David Hinson Middle School and Advanced Technology Center.
More facts


Post for sale/rent
  Post for sale
  Post for rent
  Set a Make Me Move price
Save
  Save as favorite
**Notes (private & optional)**

Share
  E-mail to a friend
  Share on Facebook
Alerts
  Get price/status updates
  Get home value report
  Get new listings
Edit
  Edit home facts
  Edit home description
  Add/edit photos
  Claim your home
Map


**Charts and Data**

| | Value | Range | 30-day change | Last updated |
|---|---|---|---|---|
| Zestimate® | $142,500 | $84K – $145K | -$3,000 | 06/15/2010 |
| My estimate | Create estimate | | | |
| Owner Comment | Post a comment Zestimate is : posted on I think the Zestimate is: | | | |

◉ Too Low
○ About Right
○ Too High
My opinion (note that this comment will be public)

**Show**
◉ Zestimate ($)
○ Listing price
○ Tax assessment
○ Tax paid
○ Page views
**Time period**
   1 month
○ 1 year
◉ 5 years
○ 10 years
  Compare 32174 to nearby areas



**Maps and Views**

**Show**
☐ Zestimates
☐ Schools
☐ Grocery Stores
☐ Coffee and Bakery
☐ Parks
☐ Restaurants
☐ Gas Stations
**Drive time**

Enter address...
Distance: --
  View home on larger map
    Local amenities provided by Google

**Financing**

**Loan program**
○

**Purchase**
◉

**Refinance**
**Location**

Florida

Zillow Mortgage Marketplace

| Lender | Rate | APR | Fees |
|---|---|---|---|
| Frank Thomas<br>Goldstar Financial<br>(new to zillow) | 4.500% | 4.528% | $775 |
| HOMELYNX HOME LOANS<br>(new to zillow) | 4.625% | 4.625% | $0 |
| Brian Blonder<br>JBL Mortgage Network LLC<br>4.7/5.0 (21) | 4.500% | 4.554% | $1,515 |

See more quotes