UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

DONNA JEANNE YOUNG                                    CASE #: 10-bk-10427-KSJ

                                                           Chapter 13

    Debtor(s)
_____/

## ORDER GRANTING DEBTOR'S VERIFIED MOTION TO STRIP MORTGAGE LIEN OF BANK OF AMERICA, NA

      Upon consideration of the Debtors' Motion to Avoid Second Mortgage Lien of Bank of America, NA (BOA) (Doc #10), which was served upon all interested parties on June 16, 2010, with Local Rule 2002-4 negative notice legend informing the parties of their opportunity to object within 30 days of the date of service, no party filed an objection within the time permitted, the Court therefore considers the matter to be unopposed, it is

**ORDERED:**

1. The Motion to Avoid Lien is GRANTED.

2. Creditor, BOA, has a junior mortgage lien on the debtor's homestead located at 161 Summerhill Court, Ormond Beach, FL  32174, and more particularly described as:

    Lot 161, of Tymber Creek, Phase 2, as recorded in Plat Book 35, Page 116 to 126, et seq., of the Public Records of Volusia County, Florida.

3. Any claim of BOA shall be treated as an unsecured claim in this Chapter 13 case.

4. Upon entry of a discharge, the Lien is avoided and extinguished automatically without further order; provided, however, if the debtors fail to make all required payments and no discharge is entered, the Lien shall survive and remain fully enforceable.

    DONE and ORDERED in Orlando, Florida, this 20th day of July, 2010

                                                                           _____
                                                                           Karen S. Jennemann
                                                                           United States Bankruptcy Judge

Copies to:

Laurie K. Weatherford, Trustee, P.O. Box 3450, Winter Park, FL 32790

Attorney for Debtor, Lewis Roberts, Lewis Roberts, PA, 785 W. Granada Blvd., Ste. 5, Ormond Beach, FL. 32174

Debtor, Donna Jeanne Young, 161 Summerhill Court, Ormond Beach, FL  32174

Creditor, BOA, c/o Brian Moynhian, 101 S Tryon Street, Charlotte, NC  28280